RCVD - USDC - CHAS, SC
2026 FEB 6 PM1:24

EXHIBIT 1

**Ex 1**

4:16

← (949) 832-7223 📞 ⋮

Hey Jay, I just got notified you were looking for some equity options on your property so I wanted to reach out and introduce myself. I'm sending you a free personalized quote in just a moment here, let me know if you have any questions!

↓

⊕ Text mess... 😊 🖼 ✳

III    ○    ‹

5:40

← (949) 832-7223 📞 ⋮

introduce myself. I'm sending you a free personalized quote in just a moment here, let me know if you have any questions!

Chris Clusiau
NMLS# 1957507
E Mortgage Capital

Reply STOP to unsubscribe

↓

⊕ Text mess... 😊 🖼 ✳

III    ○    ‹