EXHIBIT 2

Ex. 2

# EMORTGAGE CAPITAL
NMLS# 1416824

**Quote Prepared For** January 01, 2026
**Property Address** ▓▓▓▓▓▓

| LOAN PROGRAM TERMS | FHA 3/1 ARM | FHA 30 Year Fixed | FHA 30 Year Fixed |
|---|---|---|---|
| Rate | 4.125% | 4.875% | 5.625% |
| Loan Amount | $508,176 | $508,176 | $508,176 |
| APR | 5.008% | 5.787% | 6.257% |
| MIP | $212 | $212 | $212 |
| Est. Escrow Payment | $329 | $329 | $329 |
| P&I Payment | $2,463 | $2,689 | $2,925 |
| Est. Total Payment | $3,003 | $3,230 | $3,466 |
| Rate Cost | $17,456 | $16,846 | $1,027 |
| Cash To You | $20,899 | $21,509 | $37,328 |

**HELOC/HELOAN**
FIXED RATES AS LOW AS
**5.225%**
5.453 APR

The cash out rates above are based on the following parameters:

| Pre-Qualification Details | | Credit Score 700 - 719 | |
|---|---|---|---|
| ▓▓▓▓ | ▓▓▓▓ | Rate Lock Term | 30 Days |
| | | Occupancy | Primary |
| | | Property Type | SFR |

Chris Clusiau
Loan Officer
NMLS: 1957507
Phone: (949) 993-0518
EMail: cclusiau@emortgagecapital.com

- 15 Minute Approval
- FICO Options Down to 500
- Non-QM & No Income Options
- Flexible Rate Options
- Access to Multiple Lenders & Investors
- Reverse & Jumbo Options
- Access to Down Payment Assistance Programs
- Bank Statement Loan Options

EMORTGAGE CAPITAL

4.9 ★★★★★ | yelp | Zillow | Google | BBB | lendingtree | 🏠

Licensed by the California Department of Financial Protection and Innovation under the California Finance Law.
HELOC/HELOAN scenario assumes 780+ FICO, <60% LTV, <43% DTI and loan amount >of $150,000 in CA. Rates and costs are subject to change and are available as of 10/17/2025. Closing costs and APR are an estimate and do not include broker compensation. Final approval is subject to verification of income, credit and home value.

You can choose to STOP receiving "prescreened" offers of [credit or insurance] from this and other companies by calling toll free 1-888-5OPTOUT (1-888-567-8688). See PRESCREEN & OPT-OUT NOTICE on other location for more information about prescreened offers. This "prescreened" offer of credit is based on information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you do not meet our criteria, including providing acceptable property as collateral. If you do not want to receive prescreened offers of credit from this or other companies, call TransUnion at 1-888-5OUTOUT (1-888-567-8688), visit the website at www.optoutprescreen.com or write TransUnion Opt-Out Request, P.O. Box 505, Woodlyn, PA 19094-0505.

Adjustable rate based off 1 Yr CMT + 2.25% Margin. Adjustment caps are 1% the first year, 1% every year thereafter up to a maximum of 5% lifetime adjustment cap (1/1/5). Rates subject to increase after 5 year initial fixed period.