EXHIBIT 3

Ex. 3



(949) 832-7223

Monday, Jan 5 • 5:53 PM

Did you see the options I texted you? Let me know which option best fits your needs right now



Tuesday, Jan 6 • 10:16 AM

Did you see the options I texted you? Let me know which option best fits your needs right now

