EXHIBIT 4

Ex. 4

