RCVD - USDC - CHAS, SC
2026 APR 1 PM 12:04

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

Jay Connor,

        Plaintiff,

        Vs.

E Mortgage Capital, Inc. and Chris Clusiau
Individually

        Defendants.

C/A No: 2:2026-cv-0503

**NOTICE OF SETTLEMENT**

Plaintiff Jay Connor hereby notifies the Court that the parties have reached a settlement, and requests until April 30, 2026 in which to file a Stipulation of Dismissal while the Agreement is finalized.

Dated: April 1, 2026

Respectfully Submitted,

Jay Connor Plaintiff, *Pro Se*
jayc650@hush.com
215 East Bay Street 201-F
Charleston, SC 29401
(843) 557-5724 (Residential)
(843) 913-8357 (Fax)

## CERTIFICATE OF SERVICE

I, Jay Connor, hereby certify that on April 1, 2026, a copy of the foregoing was sent by

U.S. Mail to Hunter A. Morgan, Esq., attorney for Defendants, at Polsinelli PC, 177 Meeting

Street, Suite 400, Charleston, SC 29401.


Jay Connor
215 East Bay Street 201-F
Charleston, SC 29401
843-557-5724 (Residential)
Jayc650@hush.com