Jay Connor
215 East Bay Street 201-F
Charleston, SC 29401
jayc650@hush.com
843-557-5724 (Residential)

April 30, 2026

The Honorable Mary Gordon Baker
United States District Court of South Carolina
Charleston Division
85 Broad Street
Charleston, SC 29401

RE:   **Jay Connor v. E Mortgage Capital, Inc et al.**
      **C/A No. 2:2026cv00503**
      **Status Update**

Judge Baker:

In the Notice of Settlement filed on April 1, 2026, I requested until April 30, 2026, to file a dismissal. We are expecting to complete the settlement within the next few days upon delivery of the final documents by mail. Upon receipt of the delivery, I will file a voluntary dismissal with prejudice per FRCP Rule 41 (a)(1)(A)(i).

Sincerely,

Jay Connor, Plaintiff *Pro Se*

cc: Jonathan Blackmore, Attorney for Defendants

RCV'D - USDC - CHAS, SC
2026 APR 30 PM3:51